IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL J. KELLY, | : : : : | Civil Action No. 17-0199 **FILED UNDER SEAL** |
| *Plaintiff,* | : : | |
| v. | : : | |
| QMES, LLC, d/b/a TRICOUNTY MEDICAL EQUIPMENT AND SUPPLY, LLC, | : : : : | |
| *Defendant.* | : : | |

## ORDER

AND NOW, this 4th day of April, 2023, on consideration of the motion by the United States, it is ORDERED that all documents in this case shall remain under seal until such time as the United States files a Notice of Intervention with the Court notifying the Court that a Settlement Agreement has been fully executed in the above-captioned case. Upon such time as the United States files the Notice of Intervention:

1. Only the following documents shall be unsealed:

    a. The United States' Notice of Intervention;

    b. Relator's complaint;

    c. This order; and

    d. All documents filed after the filing of the United States' Notice of Intervention.

2. All other papers or Orders on file in this matter as of the date of this Order shall remain under seal.

BY THE COURT:

Dated: April 4, 2023

_____
BERLE M. SCHILLER
United States District Judge