# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNDER SEAL**, | : | |
| Plaintiff, | : | Civil Action No. 17-0199 |
| v. | : | **FILED UNDER SEAL** |
| **UNDER SEAL**, | : | |
| Defendant. | : | |

## UNITED STATES' NOTICE OF INTERVENTION
## FOR PURPOSES OF SETTLEMENT

JACQUELINE C. ROMERO
United States Attorney

GREGORY B. DAVID
Assistant U.S. Attorney
Chief, Civil Division


VERONICA J. FINKELSTEIN
LAUREN DeBRUICKER
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-861-8598/8492
Veronica.Finkelstein@usdoj.gov
Lauren.DeBruicker@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. MICHAEL J. KELLY,<br><br>*Plaintiff,*<br>v.<br><br>QMES, LLC, d/b/a TRICOUNTY<br>MEDICAL EQUIPMENT AND<br>SUPPLY, LLC,<br><br>*Defendant.* | Civil Action No. 17-0199<br><br>**FILED UNDER SEAL** |

## UNITED STATES' NOTICE OF INTERVENTION
## FOR PURPOSES OF SETTLEMENT

1. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its intervention for settlement purposes against defendant AdaptHealth LLC, formerly known as QMES, LLC, the parent and sole member of Tricounty Medical Equipment and Supply, LLC ("QMES"), as to allegations that defendant violated the False Claims Act, 31 U.S.C. § 3729 *et seq*.

2. On May 13, 2022, the United States and defendant reached a resolution of this action. The parties executed a Settlement Agreement, with an effective date of April 21, 2023, that provides for a release of certain defined covered conduct, a payment by defendant to the United States, and the dismissal of this action pursuant to the terms and conditions of the Settlement Agreement.

3. The Settlement Agreement provides that the parties shall promptly sign and execute a joint stipulation of dismissal, pursuant to Federal Rule of Civil

Procedure 4l(a)(l), when the United States receives the settlement payment from defendant as provided for by the terms of the Settlement Agreement.

4. Pursuant to the Court's Order of April 4, 2023, when the United States files this Notice of Election to Intervene, the following documents shall be immediately unsealed:

    i. The United States' Notice of Intervention;

    ii. Relator's complaint;

    iii. The Court's Order dated April 4, 2023; and

    iv. All documents filed after the filing of this Notice of Intervention.

Pursuant to the Court's Order of April 4, 2023, all other papers or Orders on file in this matter shall remain under seal.

                              Respectfully submitted,

Dated: April 21, 2023          JACQUELINE C. ROMERO
                                    United States Attorney

                                      */s/ Charlene Keller Fullmer for GBD*
                                      GREGORY B. DAVID
                                      Assistant United States Attorney
                                      Chief, Civil Division

                                      */s/ Lauren DeBruicker*
                                      VERONICA J. FINKELSTEIN
                                      LAUREN DeBRUICKER
                                      Assistant United States Attorneys
                                      615 Chestnut Street, Suite 1250
                                      Philadelphia, PA 19106
                                      215-861-8598/8492
                                      Veronica.Finkelstein@usdoj.gov
                                      Lauren.DeBruicker@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing Notice of Intervention was sent by electronic mail to the following counsel for the Relator:

Sidney L. Gold, Esq.
Sidney L. Gold & Associates, P.C.
1835 Market Street, Ste. 515
Philadelphia, PA 19103

Dated: April 21, 2023
*/s/ Lauren DeBruicker*
LAUREN DeBRUICKER
Assistant United States Attorney