# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. MICHAEL J. KELLY,<br><br>*Plaintiff,*<br>v.<br><br>QMES, LLC, d/b/a TRICOUNTY<br>MEDICAL EQUIPMENT AND<br>SUPPLY, LLC,<br><br>*Defendant.* | Civil Action No. 17-0199 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), in accordance with the terms and conditions of the Settlement Agreement between the United States, relator Michael J. Kelly, and defendant AdaptHealth LLC, formerly known as QMES, LLC, the parent and sole member of Tricounty Medical Equipment and Supply, LLC ("QMES") (the "Parties"), and subject to the approval of the Court, the Parties hereby stipulate, through their undersigned counsel, to the dismissal of Civil Action No. 2:17-cv-00199 (the "Civil Action"), as follows:

1. Relator's claims in this Civil Action are dismissed with prejudice;

2. The United States' claims as to the Covered Conduct defined in the Agreement are dismissed with prejudice; and

3. The United States' claims pertaining to any conduct not included within the Covered Conduct are dismissed without prejudice.

SO STIPULATED:

Dated: May 1, 2023     BY:     JACQUELINE C. ROMERO
United States Attorney

*/s/Charlene Keller Fullmer for GBD*
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

*/s/Lauren DeBruicker*
VERONICA J. FINKELSTEIN
LAUREN DeBRUICKER
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
215-861-8598/8492
Veronica.Finkelstein@usdoj.gov
Lauren.DeBruicker@usdoj.gov

*Counsel for the United States*

BY:     */s/ Mark A. Rush*
MARK A. RUSH, ESQUIRE
LIMO T. CHERIAN, ESQUIRE

*Counsel for AdaptHealth LLC, formerly known as QMES, LLC, parent of Tricounty Medical Equipment and Supply, LLC*

BY:     */s/ Sidney L. Gold*
SIDNEY L. GOLD, ESQUIRE

*Counsel for Relator Michael J. Kelly*

The foregoing Joint Stipulation of Dismissal, as submitted by counsel, is APPROVED AND SO ORDERED.

Dated: June 5, 2023

BY THE COURT:

_____
BERLE M. SCHILLER
United States District Judge